Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: vigila@ballardspahr.com
E-mail: shiroffj@ballardspahr.com

*Attorneys for BNY Mellon Investment
Servicing Trust Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CIFALDO,<br><br>    Plaintiff,<br><br>vs.<br><br>BNY MELLON INVESTMENT SERVICING TRUST COMPANY,<br><br>    Defendant. | Case No. 2:17-CV-00842-JAD-NJK<br><br>**MOTION TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT AND JURY DEMAND [ECF NO. 5]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b), defendant BNY Mellon Investment Servicing Trust Company ("BNY Mellon"), by and through its counsel of record, hereby moves this Court for an extension of two weeks to answer or otherwise respond to plaintiff's Amended Complaint and Jury Demand (the "Complaint", ECF No. 5, filed May 26, 2017, served April 26, 2018, response currently due May 17, 2018). BNY Mellon requests this extension because undersigned counsel was only retained to represent BNY Mellon on May 15, 2018. Further, BNY Mellon has no intent to delay and undersigned counsel needs some time to evaluate the claims within the Complaint as contoured by the Magistrate's screening process given underlying orders counsel has just been able to locate via an independent docket review.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

This Motion is based upon the following Memorandum of Points and Authorities, the Declaration of Justin Shiroff in Support of this Motion ("Shiroff Declaration", attached here as Exhibit 1), the pleadings and papers on filed with the Court, and any oral argument this Court may deem necessary.

DATED: May 16, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for BYN Mellon Investment Servicing Trust Company*

## MEMORANDUM OF POINTS AND AUTHORITIES

On May 26, 2017, plaintiff filed the Complaint. Shiroff Declaration at ¶3. Plaintiff did not serve the Complaint until April 26, 2018. *Id.* BNY Mellon retained undersigned counsel on May 15, 2018. *Id.* at ¶2. BNY Mellon's response to plaintiff's Complaint is currently due May 17, 2018 per the Court's docket. *Id.* at ¶4. On May 16, undersigned counsel called and emailed plaintiff to request a stipulated extension of time to respond to the Complaint. *Id.* at ¶5. Plaintiff refused BNY Mellon's request, necessitating this Motion. *Id.* at ¶¶6-7.

This Court may extend BNY Mellon's time to respond to the Complaint by motion pursuant to Fed. R. Civ. P. 6(b). *See also Pincay v. Andrews*, 289 F.3d 853, 859-860 (9th Cir. 2004) (discussing the discretion afforded to district courts in granting extensions of time). This request is being made before the expiration of the deadline at issue, so the Court need not consider or examine the four-factor test discussed in *Pincay. Id.* at 855. The Court only need to evaluate whether or not there

is good cause to extend BNY Mellon's time to respond to plaintiff's Complaint. *See* Fed. R. Civ. P. 6(b).

Good cause exists for extending BNY Mellon's time to respond to plaintiff's Complaint because undersignd counsel was contacted on May 15, 2018, with a response to the Complaint being due on May 17. Undersigned counsel needs some time to evaluate the substance of the Complaint and file an appropriate response, even in this case, where the Magistrate Judge's screening process did narrow somewhat the universe of claims in plaintiff's Complaint. Finally, the extension is sought in good faith, is not for the purpose of delay, and does not prejudice plaintiff in any way. Shiroff Declaration at ¶8. Accordingly, BNY Mellon respectfully requests that the Court grant it two additional weeks to respond to the Complaint, making any response due May 31, 2018.

DATED: May 16, 2018.

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for BYN Mellon Investment Servicing Trust Company*

IT IS SO ORDERED.

Dated: May 17, 2018

_____
U.S. MAGISTRATE JUDGE