# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CIFALDO,<br><br>Plaintiff(s),<br><br>v.<br><br>BNY MELLON INVESTMENT SERVICING TRUST COMPANY,<br><br>Defendant(s). | Case No.: 2:17-cv-00842-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 23) |

Before the Court is Defendant BNY Mellon Investment Servicing Trust Company's status report. Docket No. 23. On July 20, 2018, the Court ordered the parties to file a joint proposed discovery plan and scheduling order, no later than August 3, 2018. Docket No. 22. Defendant submits that the parties scheduled a Fed.R.Civ.P. 26(f) conference for June 13, 2018. Docket No. 23 at 1-2. Defendant further submits that, on June 12, 2018, Plaintiff emailed Defendant's counsel to reschedule the conference, as he did not feel well. *Id.* at 1-2. Since that time, Plaintiff has failed to respond to Defendant's counsel, despite emails sent on June 12 and June 19, 2018, to reschedule the conference. *Id.* at 2.

Accordingly, the Court allows Plaintiff one final opportunity to comply with the order at Docket No. 22. The Court **ORDERS** Plaintiff to contact counsel for Defendant, no later than August 13, 2018, to reschedule a Fed.R.Civ.P. 26(f) conference. The Court further **ORDERS** that a joint proposed discovery plan and scheduling order must be filed, no later than August 17, 2018.

1

<u>The Court cautions Plaintiff that failure to comply with this order may result in sanctions, up to and including dismissal</u>.

IT IS SO ORDERED.

Dated: August 6, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge