# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL CIFALDO,

    Plaintiff(s),

v.

BNY MELLON INVESTMENT SERVICING TRUST COMPANY,

    Defendant(s).

Case No.: 2:17-cv-00842-JAD-NJK

**REPORT AND RECOMMENDATION**

On July 20, 2018, the Court ordered that the parties file a discovery plan by August 3, 2018. Docket No. 22. Plaintiff refused to participate in the Rule 26(f) conference. *See* Docket No. 23. on August 6, 2018, the Court again ordered Plaintiff to participate in a Rule 26(f) conference and to file a discovery plan by August 17, 2018. Docket No. 24. That order made clear that this was "one final opportunity" to comply with this requirement, and that "<u>failure to comply with this order may result in sanctions, up to and including dismissal</u>." *Id.* (emphasis in original).[1] Notwithstanding that warning, no discovery plan was filed as had been ordered.

On January 11, 2019, the Court ordered Plaintiff to show cause why this case should not be dismissed for his violation of the Court's orders and for failure to prosecute. Docket No. 25

---

[1] Plaintiff has been warned elsewhere that failure to comply with the applicable rules and Court orders may result in the imposition of sanctions, up to and including dismissal. *See* Docket Nos. 10, 14.

1

(citing Fed. R. Civ. P. 16(f), 41(b)).  The deadline to show cause was set for February 11, 2019. *Id.*  No response has been filed to date.

The willful failure of Plaintiff to comply with the Court's orders is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice.  Sanctions less drastic than dismissal are unavailable because Plaintiff has willfully refused to comply with multiple Court orders despite the warning that sanctions including dismissal may result.

Accordingly, **IT IS RECOMMENDED** that this case be dismissed with prejudice.

Dated: February 20, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

### NOTICE

Pursuant to Local Rule IB 3-2 **any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days of service of this document.** The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S. 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).