# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Michael Cifaldo,

    Plaintiff

v.

BNY Mellon Investment Servicing Trust Company,

    Defendant

Case No.: 2:17-cv-00842-JAD-NJK

**Order Adopting
Report & Recommendation
and Dismissing Case**

[ECF No. 26]

Magistrate Judge Nancy J. Koppe recommends that I dismiss this case as a sanction for plaintiff Michael Cifaldo's willful refusal to meaningfully participate in this case.[1] The deadline for Cifaldo to object to that recommendation was March 6, 2019, and Cifaldo filed nothing. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 15] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that **THIS CASE IS DISMISSED with prejudice** due to plaintiff's willful refusal to comply with court orders despite warning that sanctions including dismissal may result.

---

[1] ECF No. 15.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: March 8, 2019

_____
U.S. District Judge Jennifer A. Dorsey